## Beck, Appellant, *v.* Stanley Company of America.

Argued November 29, 1946. Before Maxey, C. J., Drew, Linn, Stern, Patterson, Stearne and Jones, JJ.

610

614

616

618

*I. G. Gordon Forster,* with him *Joseph F. M. Baldi, 2nd,* for appellant.

*Ward C. Henry,* with him *Herbert A. Barton* and *Swartz, Campbell & Henry,* for appellee.

PER CURIAM, January 6, 1947:

The judgment of the court below is affirmed on the opinion of Judge CRUMLISH.